478 A.2d 73

Commonwealth v. Harris, Appellant.

Submitted May 18, 1984.   John A. Halley, for appellant;   Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before McEWEN, OLSZEWSKI and ROBERTS, JJ.

Order affirmed.

478 A.2d 74

Commonwealth, Appellant (at No. 224) v. Henderson, Appellant (at No. 77).

Argued September 21, 1983.   Charles M.J. Nester, Assistant Public Defender, for appellant (at No. 77) and for appellee (at No. 224);   F. Ned Hand, Assistant District Attorney, for Commonwealth, appellant (at No. 224) and for Commonwealth, appellee (at No. 77).

Before CIRILLO, JOHNSON and CERCONE, JJ.

Order of No. 77 Philadelphia 1982, affirmed.

Order of No. 224 Philadelphia 1982, affirmed.